# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA TABAREZ GUZMAN, | Case No.: 1:20-cv-0514 JLT |
| Plaintiff, | ORDER LIFTING THE STAY |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This action was stayed due to the Commissioner's inability to prepare a certified copy of the administrative record with limitations caused by the COVID-19 pandemic. (Doc. 6)  General Order No. 615 allows the stay to be lifted when "i) the Commissioner files a proof of service showing that the CAR has been served on Plaintiff; or ii) the Commissioner files the CAR."  The Commissioner has now filed the certified administrative record.  (Doc. 12) Accordingly, the Court **ORDERS**:

    1.    The stay is **LIFTED**; and

    2.    Plaintiff **SHALL** serve a letter brief within thirty days of service of this order.

IT IS SO ORDERED.

Dated:  **September 11, 2020**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE