UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA TABAREZ GUZMAN, | ) Case No.: 1:20-cv-0514 JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Doc. 17) |
| Defendant. | ) |

On November 16, 2020, the parties stipulated for Plaintiff to have an extension of thirty days to file an opening brief. (Doc. 17) Notably, the Scheduling Order provides for a single extension of thirty days by stipulation (*see* Doc. 5 at 3), and the requested extension complies with the terms of the Scheduling Order. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 17) is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **January 13, 2021**.

IT IS SO ORDERED.

Dated:   **November 16, 2020**          /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE

1