# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA TABAREZ GUZMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:20-cv-0514 - JLT<br><br>ORDER TO DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

Monica Tabarez Guzman seeks judicial review of a decision to denying her application for Social Security benefits. (Doc. 1) On April 14, 2020, the Court issued its Scheduling Order, setting forth the applicable deadlines. (Doc. 5)

After the parties exchanged confidential letter briefs, Plaintiff filed her opening brief on January 13, 2021. (Doc. 20) Pursuant to the terms of the Scheduling Order, within thirty days of the date of service of the opening brief brief, the Commissioner was to file a responsive brief. (Doc. 5 at 2) To date, the Commissioner has not filed a proof of service indicating a response was served upon Plaintiff. In addition, the Commissioner did not request an extension of time to comply with the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions.

*Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).  A court may impose sanctions, including terminating sanctions, for a party's failure to obey a court order or failure to comply with local rules.  *See*, *e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (imposing sanctions terminating for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (imposing terminating sanctions for failure to comply with a court order); *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (sanctions for failure to prosecute and to comply with local rules). Accordingly, within 14 days, the Commissioner **SHALL** show cause why sanctions should not be imposed for failure to follow the Court's order. Alternatively, within 14 days, the Commissioner may file a response to Plaintiff's opening brief.

IT IS SO ORDERED.

Dated:     **February 16, 2021**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE