# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA TABAREZ GUZMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:20-cv-0514 - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED FEBRUARY 16, 2021 <br> (Doc. 21) |

Previously, the Court ordered the Commissioner to show cause why sanctions should not be imposed for failure to comply with the Court's order. (Doc. 21) In the alternative, the Commissioner was directed to a brief in response to the opening brief. (*Id.* at 2) On February 19, 2021, the Commissioner filed a responsive brief. (Doc. 22) Accordingly, the Court **ORDERS**: the order to show cause dated February 16, 2021 (Doc. 21) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **February 22, 2021**         /s/ Jennifer L. Thurston
                                   UNITED STATES MAGISTRATE JUDGE